

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 72 |
| | ) | |
| | ) | Judge Ronald A. Guzman |
| ANTONIO BROWN | ) | |

### FINAL ORDER OF FORFEITURE

The United States asks this Court to issue a final order of forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Federal Rules of Criminal Procedure 32.2.

(a) On August 5, 2019, a superseding information was filed charging defendant ANTONIO BROWN, with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The superseding information sought forfeiture to the United States of property involved in the charged offense.

(b) On August 6, 2019, pursuant to Fed. R. Crim. P. 11, defendant ANTONIO BROWN entered a voluntary plea of guilty to the superseding information.

(c) Pursuant to the terms of the plea agreement and as a result of his violation of 18 U.S.C. § 922(g)(1), defendant agreed that certain property is subject to forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), as property involved in the violation of 18 U.S.C. § 922(g)(1). The property subject to forfeiture includes but is not limited to: one Glock 19 Gen4 9mm pistol, bearing serial

number ACCT806, and associated ammunition and 42 rounds of Winchester 9mm ammunition, bearing headstamps WMA 18+.

(d)     On December 5, 2019, this Court entered a preliminary order of forfeiture in which all right, title and interest of defendant, in the foregoing property was forfeit to the United States of America for disposition according to law, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Further, the Federal Bureau of Investigation was directed to seize and take custody of the foregoing property. Additionally, the government was ordered to publish notice of its intention to forfeit the property and to dispose of it according to law.

(e)     Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), the government posted notice of the forfeiture and of its intention to dispose of the foregoing property on an official government internet site for at least 30 days beginning on December 7, 2019.

(f)     The preliminary order of forfeiture was served pursuant to the district court's ECF system as to ECF filers. Additionally, Jamie Jermell Key, Jr. was served with a copy of the preliminary order of forfeiture. Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), no other parties are known to have an interest in the property and accordingly, no parties were personally served with a copy of the notice of forfeiture and preliminary order of forfeiture.

(g)     To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing property, and the time in which to file a request for a hearing has expired.

2

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, all right, title, and interest of defendant ANTONIO BROWN and any third party in one Glock 19 Gen4 9mm pistol, bearing serial number ACCT806, and associated ammunition and 42 rounds of Winchester 9mm ammunition, bearing headstamps WMA 18+, is hereby forfeit to the United States of America for disposition according to law. It is further ordered,

2. That, pursuant to the provisions of 21 U.S.C. § 853(n)(7), as incorporated by 28 U.S.C. § 2461(c), following the entry of this order, the United States shall have clear title to the foregoing property, and shall dispose of it according to law. It is further ordered,

3. That, this Court shall retain jurisdiction over this matter to take any additional action and enter further orders as necessary to implement and enforce this forfeiture order.

RONALD A. GUZMAN
United States District Judge

DATED: 2/25/2020